# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3092-NYW

CARLOS CUESTA,

     Plaintiff,

v.

DTC LODGING LLC D/B/A DAYS INN
BY WYNDHAM ENGLEWOOD DENVER
TECH CENTER

     Defendant.

---

## DEFENDANT'S ANSWER

Defendant DTC Lodging LLC ("Defendant") hereby admits, denies, and objects as follows:

1. Defendant admits the allegations contained in Paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7. Defendant admits the allegations contained in Paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9.      In response to Paragraph 9 of the Complaint, Defendant admits that despite its efforts to do so, its Property is not fully compliant with the ADA.

10.     Defendant admits the allegations contained in Paragraph 10 of the Complaint.

11.     Defendant admits the allegations contained in Paragraph 11 of the Complaint.

12.     Defendant admits the allegations contained in Paragraph 12 of the Complaint.

13.     Defendant admits the allegations contained in Paragraph 13 of the Complaint.

14.     Defendant admits the allegations contained in Paragraph 14 of the Complaint.

15.     In response to Paragraph 15 of the Complaint, Defendant admits that despite its efforts to do so, its Property is not fully compliant with the ADA.

16.     In response to Paragraph 16 of the Complaint. Defendant admits that despite its efforts to do so, it's Property is not fully compliant with the ADA.

17.     Defendant admits the allegations contained in Paragraph 17 of the Complaint.

18.     Defendant admits the allegations contained in Paragraph 18 of the Complaint.

19.     Defendant admits the allegations contained in Paragraph 19 of the Complaint.

8013967v1(70852.1)

20.     Defendant re-alleges its above responses.

21.     Defendant admits the allegations contained in Paragraph 21 of the Complaint.

22.     Defendant admits the allegations contained in Paragraph 22(A) – (D) of the Complaint.

23.     In response to Paragraph 23 of the Complaint, Defendant denies that Plaintiff's counsel needs to be present or play any role in overseeing the removal of barriers to accessibility at Defendant's property.

24.     In response to Paragraph 24 of the Complaint, Defendant admits that despite its efforts, its property is not fully compliant with the ADA. Defendant denies that Plaintiff is entitled to inspect its property.

25.     Defendant admits the allegations contained in Paragraph 25 of the Complaint.

26.     Defendant admits the allegations contained in Paragraph 26 of the Complaint.

27.     In response to Paragraph 27 of the Complaint, Defendant admits that it is required to remove all readily achievable barriers to accessibility, but denies that Plaintiff is required to further inspect the property.

28.     Defendant admits the violations contained in Paragraph 28 of the Complaint.

29.     Defendant admits the violations contained in Paragraph 29 of the Complaint.

. . .

. . .

3

RESPECTFULLY SUBMITTED this 20th day of December, 2021.

JENNINGS, STROUSS & SALMON, P.L.C.

By *s/ Lindsay G. Leavitt*
Lindsay G. Leavitt
Jennings, Strouss & Salmon, PLC
One East Washington Street, Ste. 1900
Phoenix, AZ 85004
Telephone: (602) 262-5825
E-mail: lleavitt@jsslaw.com
*Attorney for Defendant*
*DTC Lodging LLC*

8013967v1(70852.1)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2021 **I** electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ajperez@lawgmp.com

dpereza@lawgmp.com


__/s/  Lindsay G. Leavitt_____