# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3092-NYW

CARLOS CUESTA,

    Plaintiff,

v.

DTC LODGING LLC D/B/A DAYS INN
BY WYNDHAM ENGLEWOOD DENVER
TECH CENTER

    Defendant.

## ORDER RE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

The Court having reviewed Defendant's Motion for Judgment on the Pleadings, the response, and reply, and good cause appearing,

IT IS ORDERED granting Defendant's Motion and entering Judgment against Defendant as follows:

- Declaring that Defendant, at the commencement of the subject lawsuit, was and is in violation of Title III of the Americans with Disabilities Act.

- Injunctive relief against Defendant, including an order to make all readily achievable alterations to the facilities, including to make reasonable modifications in policies, practices or procedures, when such modifications are necessary to afford all offered goods, services, facilities, privileges, advantages or accommodations to individuals with disabilities.

8015658v1(70852.1)

- Inviting the Parties to apply for their attorneys' fees, costs and litigation expenses.

DATED this ___ day of _____, 2021.

_____<br>
MAGISTRATE JUDGE NINA Y. WANG