# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3092-NYW

CARLOS CUESTA,

    Plaintiff,

v.

DTC LODGING LLC D/B/A DAYS INN
BY WYNDHAM ENGLEWOOD DENVER
TECH CENTER

    Defendant.

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a), Fed. R. Civ. P., Defendant DTC Lodging LLC d/b/a Days Inn by Wyndham Englewood Denver Tech Center hereby offers to allow judgment to be entered against it, as follows:

- Defendant shall (within 120 days) identify mobility accessibility features at its hotel property that do not comply with the 2010 Standards of Accessibility Design and shall, within twelve (12) months, remove those barriers to the extent that such removal is readily achievable.

This offer is exclusive of reasonable attorneys' fees, costs, expenses, and statutory fines/penalties to which Plaintiff may apply to the Court for under federal and Colorado law, but to which Defendant reserves the right to contest the reasonable of.

7994238v1(70852.1)

This offer shall remain effective for fourteen (14) days after it is served. If this offer is not accepted in writing within the effective time period, it shall be deemed withdrawn and no evidence of this Offer shall be admissible except in a proceeding to determine costs, fees, and/or sanctions as otherwise allowed pursuant to Rule 68.

You are also hereby put on notice that if this offer is rejected, and a judgment is subsequently obtained that is equal to or more favorable to Defendant than this offer, Plaintiff will be required to pay Defendant's costs incurred after the offer was made.

RESPECTFULLY SUBMITTED this 7th day of December, 2021.

JENNINGS, STROUSS & SALMON, P.L.C.

By  *s/ Lindsay G. Leavitt*
Lindsay G. Leavitt
Jennings, Strouss & Salmon, PLC
One East Washington Street, Ste. 1900
Phoenix, AZ 85004
Telephone: (602) 262-5825
E-mail: lleavitt@jsslaw.com
*Attorney for Defendant*
*DTC Lodging LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2021 **I** electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ajperez@lawgmp.com

dpereza@lawgmp.com

    /s/  Lindsay G. Leavitt