**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03092-RM-NYW
CARLOS CUESTA,

      Plaintiff,

v.

DTC LODGING LLC D/B/A DAYS INN
BY WYNDHAM ENGLEWOOD DENVER
TECH CENTER

      Defendant.

---

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE [DOC. 24]**

Defendant's counsel, Lindsay G. Leavitt, accepts full responsibility for failing to appear at the Scheduling Conference set for February 1, 2022 at 9:30 a.m. There is no justifiable "excuse" for his failure to appear, only the following explanation.

Mr. Leavitt and his support staff have litigated hundreds of federal cases in numerous federal jurisdictions over the past ten years. This is the first time that he has missed a court deadline, let alone a court appearance. It appears that the confusion arose due to the timing of when this Court set the Scheduling Conference. When he was retained in this case, DTC Lodging provided Mr. Leavitt and his team with a copy of the Summons and Complaint, but not the Order Setting Scheduling/Planning Conference (Doc. 4). Mr. Leavitt and his team thus did not calendar the Scheduling Conference because they were not aware that an order setting the Scheduling Conference had already been issued more

than two weeks before Mr. Leavitt appeared as the attorney-of-record. Again, not an excuse, just an explanation.

Mr. Leavitt did participate with opposing counsel in drafting DTC Lodging's portion of the Proposed Scheduling Order, but did not realize he had failed to calendar the Scheduling Conference identified in Paragraph 1. This failure to calendar was exacerbated when Mr. Leavitt tested positive for COVID-19 in late January, which required him to quarantine from the office for two weeks.

Mr. Leavitt apologizes for any inconvenience to the Court and opposing counsel caused by his failure to appear. As noted above, Mr. Leavitt has been active in this litigation and has worked in good faith with opposing counsel to move this case forward, and will work diligently to ensure that such a mistake will not occur again.

RESPECTFULLY SUBMITTED this 4th day of February, 2022.

JENNINGS, STROUSS & SALMON, P.L.C.

By  *s/ Lindsay G. Leavitt*
Lindsay G. Leavitt
Jennings, Strouss & Salmon, PLC
One East Washington Street, Ste. 1900
Phoenix, AZ 85004
Telephone: (602) 262-5825
E-mail: lleavitt@jsslaw.com
*Attorney for Defendant*
*DTC Lodging LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this __ day of January, 2022, **I** electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ajperez@lawgmp.com

bvirues@lawgmp.com

dpereza@lawgmp.com

    /s/  Lindsay G. Leavitt