# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03092-RM-NYW

CARLOS CUESTA,

    Plaintiff,

v.

DTC LODGING, INC., *d/b/a* DAYS INN BY WYNDHAM ENGLEWOOD DENVER TECH CENTER,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

In its Answer [Doc. 8, filed December 20, 2021] and the pending Motion for Judgment on the Pleadings [Doc. 10, filed December 22, 2021], Defendant DTC Lodging LLC d/b/a Days Inn by Wyndham Englewood Denver Tech Center ("DTC Lodging" or "Defendant") admits the specific violations of the ADA identified by Plaintiff in his Complaint, *see* [Doc. 1 at ¶ 22], and that it is willing to consent to injunctive relief. *See* [Doc. 8 at ¶ 22; Doc. 10]. However, the court cannot craft appropriate injunctive relief without understanding the alterations to the facilities, including to make reasonable modifications in policies, practices or procedures proposed by Plaintiff and Defendant, respectively.

Accordingly, it is **ORDERED** that:

(1) No later than **April 1, 2022**, Defendant shall **SUPPLEMENT** its proposed Order on the Motion for Judgment on the Pleadings with a specific list of alterations and/or modifications to ameliorate the violations alleged in Paragraph 22 of the Complaint that it deems to be "readily achievable"; and

(2) No later than **April 22, 2022**, Plaintiff shall **SUPPLEMENT** its Response to the Motion for Judgment on the Pleadings, should he disagree such measures identified by Defendant are insufficient to address the violations of the Americans with Disabilities Act as alleged in Paragraph 22 of the Complaint.

DATED: March 8, 2022