# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03092-RM
CARLOS CUESTA,

      Plaintiff,

v.

DTC LODGING LLC D/B/A DAYS INN
BY WYNDHAM ENGLEWOOD DENVER
TECH CENTER

      Defendant.

## NOTICE OF LODGING [SUPPLEMENTED PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOTICE IS HEREBY GIVEN that pursuant to the Court's Minute Order dated March 8, 2022, Defendant files the attached proposed form of Order Re: Defendant's Motion for Judgment on the Pleadings, a copy of which is attached as **Exhibit "A".**

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

                              JENNINGS, STROUSS & SALMON, P.L.C.

                              By *s/ Lindsay G. Leavitt*
                              Lindsay G. Leavitt
                              Jennings, Strouss & Salmon, PLC
                              One East Washington Street, Ste. 1900
                              Phoenix, AZ 85004
                              Telephone: (602) 262-5825
                              E-mail: lleavitt@jsslaw.com
                              *Attorney for Defendant*
                              *DTC Lodging LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2022, **I** electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ajperez@lawgmp.com

bvirues@lawgmp.com

dpereza@lawgmp.com


                                          __/s/  Lindsay G. Leavitt_____

2

8170092v1(70852.1)