IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:21-cv-03092-NYW

CARLOS CUESTA,

    Plaintiffs,

v.

DTC LODGING LLC d/b/a DAYS INN
BY WYNDHAM ENGLEWOOD
DENVER TECH CENTER,

    Defendants.

---

**SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Plaintiff, CARLOS CUESTA, by and through undersigned counsel, hereby files this Supplemental Response and Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings and in support [D.E. 10] pursuant to the Court's Order [D.E. 30] and in support states as follows:

Plaintiff's expert conducted an inspection of Defendant's Property pursuant to Rule 34 on April 27, 2022' *See* Plaintiff's Request for Entry Upon Land to Inspect Premises attached hereto as **Exhibit A**. The Plaintiff's expert's inspection report is not yet ready but will contain a detailed remediation plan as to the barriers alleged in the Complaint. Plaintiff expects that the expert's report will be ready within thirty (30) days of the inspection and Plaintiff can supplement his response further at that time with additional details and a substantive remediation plan that will include the precise actions to be taken in order to resolve all the barriers to access listed in Plaintiff's Complaint.

Defendant's Supplemented Proposed Order Re: Defendant's Motion for Judgment on the

Pleadings [D.E. 31], fails to include any details of the remediation plan. The supplement merely restates the violations listed in Plaintiff's Complaint and vaguely alleges that Defendant will remedy the violation, but provides no details as to *how* Defendant intends to do so beyond general statements that it will remedy the violation, without including any details as to how it intends to do so. Here, Defendant is merely admitting to the issues in the Complaint and claiming that it will remedy the issues, but Defendant has provided Plaintiff with no detailed plan on how it allegedly intends to accomplish this Defendant's motion for judgment on the pleadings essentially agrees to the declaratory relief sought by Plaintiff *but fails to substantively address the injunctive relief the Plaintiff seeks beyond a mere promise of completing the remediation*, without any substantive plan that addresses the real barriers to access on the property, and information on how Defendant intends to remedy those barriers.

DATED:  May 6, 2022.

        Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By:  *Anthony J. Perez*
ANTHONY J. PEREZ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2022, I electronically filed a true and correct copy

of the forgoing with the Clerk of Court using the CM/ECF system which will serve notice of the electronic filing upon all parties of record.

                    Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: *Anthony J. Perez*
ANTHONY J. PEREZ