IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03092-RM-SKC

CARLOS CUESTA,

    Plaintiff,

v.

DTC LODGING LLC, d/b/a Days Inn by Wyndham Englewood Denver Tech Center,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal (Doc. 45) entered by Judge Raymond P. Moore on August 9, 2022, it is

ORDERED that judgment is entered in favor of the plaintiff and against the defendant as follows:

1. Defendant is in violation of Title III of the ADA;

2. Defendant shall, within twelve months of this Order, make all readily achievable alterations to the facility, or make the facility readily accessible to and usable by individuals with disabilities to the extent required by law, as outlined in Defendant's Supplemental Proposed Order (ECF No. 31-1);

3. Defendant shall make reasonable modifications in policies, practices, and procedures as necessary to afford all offered goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities

and shall take such steps as necessary to ensure that no individual with a disability is excluded, denied services, segregated, or otherwise treated differently than other individuals because of the absence of auxiliary aids and services;

4. Plaintiff is awarded his costs and may file a bill of costs with the Clerk within fourteen days of this Order in accordance with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

5. Plaintiff is entitled attorney fees under 42 U.S.C. § 12205 and may file a motion for attorney fees pursuant to D.C.COLO.LCivR 54.3 within twenty-one days of this Order.

Dated at Denver, Colorado this 9th day of August, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/C. Pearson, Deputy Clerk